# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **BELINDA KAY DICKSON** | * | **CIVIL ACTION NO. 18-0854** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **ANDREW SAUL, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that the Commissioner's decision is hereby **REVERSED and REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent therewith.

MONROE, Louisiana, this 12TH day of August, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE